UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**MARY JO KAULING**,

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendants.**                      No. 14-cv-739-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for review of a social security decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on October 27, 2014 (Doc. 15) this case is **DISMISSED** for failure to state a claim.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                  BY:    /s/*Caitlin Fischer*
                                                **Deputy Clerk**

Dated: October 30, 2014

                      David R. Herndon
                      2014.10.30
APPROVED:    15:09:10 -05'00'
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT